

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00539-CR

| | | |
|---|---|---|
| TERRI DONNELL SANDERS, Appellant | § | On Appeal from the 97th District Court |
| | § | |
| | | of Montague County (2018-0201M-CR) |
| V. | § | |
| | § | September 3, 2020 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
     Chief Justice Bonnie Sudderth